**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| LATONA TRUCKING, INC. | : No. 319 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| BILL GOODWIN CONSTRUCTION CO. | : |
| AND WONDRA CONSTRUCTION, INC. | : |
| | : |
| | : |
| PETITION OF:  THE DIME BANK, | : |
| INTERVERNOR | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.